## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**GENEVA HAWTHORNE**                                                                      **PLAINTIFF**

**v.**                                                **No. 3:25-cv-00268-MPM-RP**

**HIATT LAW GROUP ATL**                                                 **DEFENDANT**

### ORDER

On consideration of the record of this action, the Court finds that the Amended Report and Recommendation [8] of the United States Magistrate Judge dated February 2, 2026, recommended dismissal of this action for lack of subject matter jurisdiction under 28 U.S.C. § 1331-32; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [8] is **APPROVED AND ADOPTED** as the order of this Court. The case is hereby **DISMISSED WITHOUT PREJUDICE**, and Ms. Hawthorne's Motion to Proceed *in forma pauperis* [2] and the Magistrate Judge's First Report and Recommendation [7] are **DENIED as moot**.

A separate judgment in accordance with this order will be entered on this date.

**SO ORDERED** this 18th day of February, 2026.

                                                       /s/Michael P. Mills
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI